**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff John Doe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through JANE DOE, his natural mother and legal guardian;<br><br>Plaintiff,<br><br>vs.<br><br>COURTNEY BILLUPS, an individual; and CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada;<br><br>Defendant. | CASE NO.: 2:23-cv-00334-APG-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING PURSUANT TO FRCP 6(B)(1)(A) AND LR IA 6-1** |

Plaintiff JOHN DOE by and thorough his attorneys of record, Andre M. Lagomarsino, Esq. and Taylor N. Jorgensen, Esq. of Lagomarsino Law and Defendant COURTNEY BILLUPS by and though his attorney of record, Jackie Nichols, Esq. of Marquis Aurbach hereby stipulate to an extension of time to file a responsive pleading to Defendant BILLUPS' *Motion for Partial Dismissal* (ECF No. 8). This is the parties' first request to extend the responsive pleading deadline.

Currently, the deadline for a responsive filing to ECF No. 8 is April 26, 2023. The parties have agreed to extend this deadline, by fourteen days, to May 10, 2023, as Plaintiffs' counsel Andre M. Lagomarsino, Esq. and Taylor N. Jorgensen, Esq. have (1) been called out of town for multiple business days, and (2) have depositions scheduled on April 26, 2023, April 28, 2023, May 2, 2023, and May 5, 2023.

The parties have met and conferred and agree that neither side will suffer prejudice from this Stipulation for Extension of Time.

Therefore, Plaintiff and Defendant BILLUPS respectfully request that Plaintiff's deadline to respond to the *Motion for Partial Dismissal* (ECF No. 8) be extended from April 26, 2023 to on or before May 10, 2023.

**IT IS SO STIPULATED.**

DATED this 20th day of April, 2023.　　　　　DATED this 20th day of April, 2023.

**LAGOMARSINO LAW**　　　　　　　　　　**MARQUIS AURBACH**

/s/ *Cory M. Ford*　　　　　　　　　　　　　/s/ *Jackie Nichols*
ANDRE M. LAGOMARSINO, ESQ. (#6711)　　CRAIG ANDERSON, ESQ. (#6882)
CORY M. FORD, ESQ. (#15042)　　　　　　 JACKIE NICHOLS, ESQ. (#14246)
TAYLOR N. JORGENSEN, ESQ. (#16259)　　10001 Park Run Drive
3005 W. Horizon Ridge Pkwy., #241　　　　Las Vegas, NV 89145
Henderson, Nevada 89052　　　　　　　　Telephone: (702) 382-0711
Telephone: (702) 383-2864　　　　　　　　Facsimile: (702) 382-5816
Facsimile: (702) 383-0065　　　　　　　　*Attorneys for Defendant Courtney Billups*
*Attorneys for Plaintiff John Doe*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: __April 26, 2023_____