# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff<br><br>v.<br><br>COURTNEY BILLUPS and CLARK COUNTY SCHOOL DISTRICT,<br><br>    Defendants | Case No.: 2:23-cv-00334-APG-DJA<br><br>**Order Denying Motion to Dismiss as Moot**<br><br>[ECF No. 8] |

In light of the first amended complaint (ECF No. 24),

I ORDER that defendant Courtney Billups' motion to dismiss **(ECF No. 8) is DENIED as moot** because it is directed at the original complaint.

DATED this 9th day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE