**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendant Courtney Billups

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through JANE DOE, his natural mother and legal guardian,<br><br>Plaintiffs,<br><br>vs.<br><br>COURTNEY BILLUPS, an individual; and CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>Defendants. | Case Number:<br>2:23-cv-00334-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT COURTNEY BILLUPS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

The Parties, Plaintiff John Doe ("Plaintiff"), by and through his counsel of record, Andre M. Lagomarsino, Esq. and Taylor N. Jorgensen, Esq., of Lagomarsino Law, Defendant Courtney Billups ("Defendant Billups"), by and through his counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and Defendant Clark County School District ("CCSD"), by and through their counsel of record, Thomas D. Dillard, Esq., of Olson Cannon Gormley & Stoberski, and hereby agree and jointly stipulate the following:

1. The Parties agree that, due to scheduling conflicts limiting Defendant Billups counsel's ability to timely and adequately respond to Plaintiff's First Amended Complaint [ECF No. 24], the deadline for Defendant Billups to file an Answer to Plaintiff's First Amended Complaint shall be extended one week, from **May 22, 2023, to May 30, 2023.**

2. This is the first request for an extension of this deadline.

MAC:01444-019 5096644_1 5/22/2023 1:45 PM

3. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 22nd day of May, 2023

LAGOMARSINO LAW

By: /s/ Taylor N. Jorgensen
    Andre M. Lagomarsino, Esq.
    Nevada Bar No. 6711
    Taylor N. Jorgensen, Esq.
    Nevada Bar No. 16259
    3005 West Horizon Ridge Pkwy.,
    Suite 241
    Henderson, Nevada 89052
    Attorneys for Plaintiff John Doe

DATED this 22nd day of May, 2023

OLSON CANNON GORMLEY & STOBERSKI

By: /s/ Thomas D. Dillard
    Thomas D. Dillard, Esq.
    Nevada Bar No. 6270
    950 West Cheyenne Avenue
    Las Vegas, Nevada 89129
    Attorney for Defendant Clark County
    School District

DATED this 22nd day of May, 2023

MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendant Courtney
    Billups

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 23rd day of May, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MAC:01444-019 5096644_1 5/22/2023 1:45 PM

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT COURTNEY BILLUPS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 22nd day of May, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711   FAX: (702) 382-5816