**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff John Doe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through JANE DOE, his natural mother and legal guardian;<br><br>Plaintiff,<br><br>vs.<br><br>COURTNEY BILLUPS, an individual; and CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada;<br><br>Defendants. | CASE NO.: 2:23-cv-00334-APG-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING PURSUANT TO FRCP 6(b)(1)(A) AND LR IA 6-1** |

Plaintiff JOHN DOE by and thorough his attorneys of record, Andre M. Lagomarsino, Esq. and Taylor N. Jorgensen, Esq. of Lagomarsino Law; Defendant COURTNEY BILLUPS by and though his attorney of record, Jackie Nichols, Esq. of Marquis Aurbach; and Defendant CLARK COUNTY SCHOOL DISTRICT by and through its attorney of record Thomas Dillard, Esq. of Olson Cannon Gormley & Stoberski hereby stipulate to an extension of time to file a responsive pleading to Defendant BILLUPS' *Motion for Partial Dismissal* (ECF No. 29) and Defendant CCSD's *Joinder to Courtney Billups' Motion for Partial Dismissal* (ECF No. 31). This is the parties' first request to extend the responsive pleading deadline.

Currently, the deadline for a responsive filing to ECF No. 29 is June 13, 2023, and the deadline for a responsive filing to ECF No. 31 is June 16, 2023. The parties have agreed to extend these deadlines to June 27, 2023, as Plaintiffs' counsel Andre M. Lagomarsino, Esq. and Taylor N. Jorgensen, Esq. are (1) out of office for multiple business days, and (2) have major depositions scheduled on June 5, 2023 and June 9, 2023.

1. The parties have met and conferred and agree that neither side will suffer prejudice from this Stipulation for Extension of Time.

2. Therefore, Plaintiff, Defendant CCSD, and Defendant BILLUPS respectfully request that Plaintiff's deadline to respond to Defendant BILLUPS's *Motion for Partial Dismissal* (ECF No. 29) be extended from June 13, 2023, and Defendant CCSD's *Joinder to Courtney Billups' Motion for Partial Dismissal* (ECF No. 31) be extended from June 16, 2023, to on or before June 27, 2023.

**IT IS SO STIPULATED.**

DATED this 7th day of June, 2023.

**LAGOMARSINO LAW**

/s/ *Taylor Jorgensen*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff John Doe*

DATED this 7th day of June, 2023.

**MARQUIS AURBACH**

/s/ *Jacqueline Nichols*
CRAIG ANDERSON, ESQ. (#6882)
JACKIE NICHOLS, ESQ. (#14246)
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
*Attorneys for Defendant Courtney Billups*

DATED this 7th day of June, 2023.

**OLSON CANNON GORMLEY & STOBERSKI**

/s/ *Thomas Dillard*
THOMAS DILLARD, ESQ. (#6270)
950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
*Attorney for Defendant CCSD*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 8, 2023