**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendant Courtney Billups

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through JANE DOE, his natural mother and legal guardian,<br><br>Plaintiffs,<br><br>vs.<br><br>COURTNEY BILLUPS, an individual; and CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>Defendants. | Case Number:<br>2:23-cv-00334-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT COURTNEY BILLUPS' REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL**<br><br>**(FIRST REQUEST)** |

The Parties, Plaintiff John Doe ("Plaintiff"), by and through his counsel of record, Andre M. Lagomarsino, Esq. and Taylor N. Jorgensen, Esq., of Lagomarsino Law, Defendant Courtney Billups ("Defendant Billups"), by and through his counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and Defendant Clark County School District ("CCSD"), by and through their counsel of record, Thomas D. Dillard, Esq., of Olson Cannon Gormley & Stoberski, and hereby agree and jointly stipulate the following:

1. The Parties agree that, due to scheduling conflicts limiting Defendant Billups counsel's ability to timely and adequately file his Reply in Support of Motion for Partial Dismissal, the deadline for Defendant Billups to file his Reply in Support of Motion for Partial Dismissal shall be extended two weeks, from **June 21, 2023, to July 5, 2023.**

2. This is the first request for an extension of this deadline.

3. The Parties have submitted that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 16th day of June, 2023

LAGOMARSINO LAW

By: ___/s/ Taylor N. Jorgensen_____
  Andre M. Lagomarsino, Esq.
  Nevada Bar No. 6711
  Taylor N. Jorgensen, Esq.
  Nevada Bar No. 16259
  3005 West Horizon Ridge Pkwy.,
  Suite 241
  Henderson, Nevada 89052
  Attorneys for Plaintiff John Doe

DATED this 16th day of June, 2023

OLSON CANNON GORMLEY & STOBERSKI

By: ___/s/ Thomas D. Dillard_____
  Thomas D. Dillard, Esq.
  Nevada Bar No. 6270
  950 West Cheyenne Avenue
  Las Vegas, Nevada 89129
  Attorney for Defendant Clark County School District

DATED this 16th day of June, 2023

MARQUIS AURBACH COFFING

By: ___/s/ Jackie V. Nichols_____
  Craig R. Anderson, Esq.
  Nevada Bar No. 6882
  Jackie V. Nichols, Esq.
  Nevada Bar No. 14246
  10001 Park Run Drive
  Las Vegas, Nevada 89145
  Attorneys for Defendant Courtney Billups

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 20th day of June, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE