**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorney for Defendant Courtney Billups

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through JANE DOE, his natural mother and legal guardian,<br><br>Plaintiff,<br><br>vs.<br><br>COURTNEY BILLUPS, an individual; and CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>Defendants. | Case Number:<br>2:23-cv-00334-APG-DJA<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

    Defendant Courtney Billups (hereinafter "Defendant"), by and through his attorney of record, Marquis Aurbach, respectfully request attorney Jacqueline V. Nichols, Esq. be removed from the CM/ECF service list for the above-captioned matter.

    Ms. Nichols is no longer with the law firm of Marquis Aurbach and therefore request the email addresses of jnichols@maclaw.com and kbusch@maclaw.com be removed from the service list.

    Dated this 7th day of August, 2024.

**IT IS SO ORDERED**.

DATED: 8/8/2024

_[signature]_
Daniel J. Albregts
United States Magistrate Judge

                MARQUIS AURBACH

                By: /s/ Craig R. Anderson
                    Craig R. Anderson, Esq.
                    Nevada Bar No. 6882
                    10001 Park Run Drive
                    Las Vegas, Nevada 89145
                    Attorney for Defendant Courtney Billups

MAC:01444-019 5568416_1 8/7/2024 9:39 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 7th day of August, 2024.

☒    I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐    I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711   FAX: (702) 382-5816