**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorney for Defendant Courtney Billups

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN DOE, a minor, by and through JANE DOE, his natural mother and legal guardian,

Plaintiffs,

vs.

COURTNEY BILLUPS, an individual; and CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,

Defendants.

Case Number: 2:23-cv-00334-APG-DJA

**SUBSTITUTION OF ATTORNEY**

Defendant Courtney Billups ("Billups") hereby substitutes Jacqueline V. Nichols, Esq., of the law firm of Gordon Rees Scully Mansukhani, as attorney of record, in the above-entitled action in place and instead of Craig R. Anderson, Esq. of the law firm Marquis Aurbach.

DEFENDANT COURTNEY BILLUPS

By: /s/ Courtney Billups

I consent to the above substitution:

MARQUIS AURBACH

By: /s/ Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendant Courtney Billups

I hereby accept the above and foregoing substitution as attorney for Defendant Courtney Billups. Above substitution accepted.

Dated this 4th day of September, 2024.

GORDON REES SCULLY MANSUKHANI

By: /s/ Jacqueline V. Nichols
Jacqueline V. Nichols, Esq.
Nevada Bar No. 14246
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Attorney for Defendant Courtney Billups

**ORDER**

The above Substitution of Attorney is hereby GRANTED.

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/5/2024

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **SUBSTITUTION OF ATTORNEY** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 4th day of September, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Jacqueline V. Nichols, Esq.
Gordon Rees Scully Mansukhani
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
**Email: jnichols@grsm.com**

/s/ Krista Busch
An employee of Marquis Aurbach

**Krista Busch**

**From:** Jackie Nichols <jnichols@grsm.com>
**Sent:** Wednesday, September 4, 2024 3:11 PM
**To:** Krista Busch
**Cc:** Craig Anderson; Gayle Angulo
**Subject:** FW: Jane Doe v. Billups

Krista,

Here is Mr. Billups' approval. You also have my permission to affix my signature.

**From:** courtney billups <courtneybillups@gmail.com>
**Sent:** Wednesday, September 4, 2024 3:09 PM
**To:** Jackie Nichols <jnichols@grsm.com>
**Subject:** Re: Jane Doe v. Billups

Ms. Nichols,
Thanks so much for the correspondence. I am giving you approval to use my E-Signature on the electronic document.
Again, thank you,
Courtney Billups

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
http://www.grsm.com