1  **LAGOMARSINO LAW**
   ANDRE M. LAGOMARSINO, ESQ. (#6711)
2  TAYLOR N. JORGENSEN, ESQ. (#16259)
   3005 West Horizon Ridge Pkwy., Suite 241
3  Henderson, Nevada 89052
   Telephone: (702) 383-2864
4  Facsimile: (702) 383-0065
   aml@lagomarsinolaw.com
5  taylor@lagomarsinolaw.com
   *Attorneys for Plaintiff John Doe*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| JOHN DOE, a minor, by and through JANE DOE, his natural mother and legal guardian; | CASE NO.: 2:23-cv-00334-APG-DJA |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION FOR MINOR'S COMPROMISE, PAYMENT OF ATTORNEY FEES AND COSTS AND FOR THE CREATION OF A BLOCKED TRUST ACCOUNT UNDER SEAL** |
| COURTNEY BILLUPS, an individual; and CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; | |
| Defendant. | |

Plaintiff JOHN DOE, a minor child, by and through his Natural Parent and Legal Guardian, JANE DOE, by and through their counsel of record, ANDRE M. LAGOMARSINO, ESQ. and TAYLOR N. JORGENSEN, ESQ. of LAGOMARSINO LAW, hereby move to have Plaintiff's First Amended Petition for Minor's Compromise, Payment of Attorney Fees and Costs, and For The Creation of A Blocked Trust Account filed under seal. This Motion is made and based upon the following memorandum of points and authorities and all of the pleadings and papers on file herein.

. . .

. . .

. . .

. . .

. . .

## MEMORANDUM OF POINTS AND AUTHORITIES

It is well established in the Ninth Circuit that there is a strong presumption of public access to judicial records. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). A party seeking to file documents under seal bears the burden of overcoming that presumption. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana*, 447 F.3d at 1178). To overcome the presumption in the context of a dispositive motion, the moving party must show compelling reasons that support maintaining the secret nature of the documents. *Kamakana*, 447 F.3d at 1180. The compelling reasons must outweigh the public's interest in having access to the judicial records and in understanding the judicial process. *Id.* at 1178–79.

The Court granted a Motion to Proceed in Pseudonym on May 30, 2024 (ECF No. 30) for Plaintiff's need for anonymity due to his fear for his safety and re-traumatization if publicly named in this suit. Plaintiff filed the Petition for Minor's Compromise, Payment of Attorney Fees and Costs, and For The Creation of A Blocked Trust Account on July 3, 2024 (ECF No. 67). However, upon attempting to open the account, Plaintiff was advised that Chase Bank requires Plaintiff's identifying information including his name, date of birth, social security number, telephone number, and address in order to open the account. Therefore, Plaintiff has filed his First Amended Petition for Minor's Compromise, Payment of Attorney Fees and Costs, and For The Creation of A Blocked Trust Account (ECF No. 80) that contains Plaintiff's identifying information required by Chase Bank. Accordingly, Plaintiff requests that the First Amended Petition be sealed.

…

…

…

Based on the foregoing, Plaintiff respectfully requests that this Court enter an Order allowing Plaintiff to file their First Amended Petition for Minor's Compromise, Payment of Attorney Fees and Costs, and For The Creation of A Blocked Trust Account under seal.

DATED this 18th day of September 2024.

LAGOMARSINO LAW

ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this 18th day of September 2024, the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION FOR MINOR'S COMPROMISE, PAYMENT OF ATTORNEY FEES AND COSTS AND FOR THE CREATION OF A BLOCKED TRUST ACCOUNT UNDER SEAL** was electronically served on all parties to this action, through the CM/ECF system of the United States District Court, to the following:

THOMAS DILLARD, ESQ. (#6270)
STEPHANIE ZINNA, ESQ. (#11488)
**OLSON CANNON GORMLEY & STOBERSKI**
950 West Cheyenne Avenue
Las Vegas, Nevada 89129
lroth@ocgas.com
sbarker@ocgas.com
nlangenderfer@ocgas.com
*Attorney for Defendant CCSD*

CRAIG ANDERSON, ESQ. (#6882)
**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, NV 89145
jnicols@maclaw.com
kbusch@maclaw.com
*Attorneys for Defendant Courtney Billups*

An Employee of Lagomarsino Law