# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, | Case No.: 2:23-cv-00334-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| COURTNEY BILLUPS and CLARK COUNTY SCHOOL DISTRICT, | |
| Defendants | |

I ORDER the parties to file a stipulation to dismiss or status report regarding settlement by January 22, 2025.

DATED this 8th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE