**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff John Doe*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through JANE DOE, his natural mother and legal guardian;<br><br>        Plaintiff,<br><br>vs.<br><br>COURTNEY BILLUPS, an individual; and CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada;<br><br>        Defendant. | CASE NO.: 2:23-cv-00334-APG-DJA<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

…

…

…

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party bearing their own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED this 16th day of January, 2025.

**LAGOMARSINO LAW**

/s/ Taylor N. Jorgensen, Esq.
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff John Doe*

DATED this 16th day of January, 2025.

**GORDON REES SCULLY MANSUKHANI**

/s/ Jacqueline V. Nichols, Esq.
JACQUELINE V. NICHOLS, ESQ. (#14246)
300 S. 4th St., Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
*Attorneys for Defendant Courtney Billups*

DATED this 16th day of January, 2025.

**OLSON CANNON GORMLEY & STOBERSKI**

/s/ Thomas Dillard, Esq.
THOMAS DILLARD, ESQ. (#6270)
950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
*Attorney for Defendant CCSD*

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT COURT JUDGE

DATED: January 17, 2025

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065