**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JANE DOE,

Plaintiff

v.

COURTNEY BILLUPS and CLARK COUNTY SCHOOL DISTRICT,

Defendants

Case No.: 2:23-cv-00334-APG-DJA

**Order Granting Petition to Disburse Money**

[ECF No. 93]

I previously granted the compromise of the plaintiff minor's claim and ordered that $23,002.49 be deposited into a blocked trust account for the minor's benefit. ECF No. 85. The account was created at Chase Bank and the funds deposited. ECF No. 86. The minor has turned 18 years old so he is now an adult, and there is no need to keep the funds in the blocked account. The minor moves to disburse the money in the account to him. ECF No. 93. The motion is unopposed and is supported by good cause.

I THEREFORE ORDER that the petition to disburse money **(ECF No. 93) is granted**. Chase Bank is directed to disburse all funds held in the blocked account to **REDACTED**.

DATED this 15th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE